## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY,  :
:
      Plaintiff,  :
:
:  Case No: 0:18-cv-61811-MGC
v.  :
:
:
CAPE SIESTA MOTEL, LLC., and FAWLTY  :
TOWERS, INC.,  :
:
:
      Defendants,  :

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency as indicated below:
      Kennedy v. Cape Siesta Mote, LLC., and Fawlty Towers, Inc., case no: 6:17-cv-537-PGB-DCI (M.D. Fla).

_____ IS NOT       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency

[SIGNATURE FOLLOWS]

/s/ *Philip Michael Cullen, III, Esq.*
PHILIP MICHAEL CULLEN, III
Chartered
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III, Esq.*

Case 0:18-cv-61811-MGC   Document 8   Entered on FLSD Docket 08/16/2018   Page 3 of 3