UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61811-Civ-COOKE/HUNT

PATRICIA KENNEDY,

    Plaintiff,

vs.

CAPE SIESTA MOTEL, LLC
and FAWLTY TOWERS, INC.,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

    THIS CASE is before me upon Plaintiff's Motion for Entry of Default Judgment (ECF No. 18).  I have reviewed the record, and note the defaults entered by the Clerk of the Court as to Defendants (ECF Nos. 14-15) for failure to answer or otherwise respond to the Summons and Complaint. As of the date of this Order, Defendants have failed or otherwise refused to defend this lawsuit. Accordingly, it is **ORDERED and ADJUDGED** that Defendants shall show cause within seven (7) days of the date of this Order why the motion for default judgment should not be granted. Plaintiff shall serve copies of this Order on Defendants in the same manner she served them with copies of the Summons and Complaint.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of November 2018.

                                                   MARCIA G. COOKE
                                                 United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*