UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61811-Civ-COOKE/HUNT

PATRICIA KENNEDY,

    Plaintiff,

vs.

CAPE SIESTA MOTEL, LLC et al.,

    Defendants.

_____/

**FINAL JUDGMENT ON COSTS**

    Pending before the Court is Plaintiff's Motion for Attorney Fees and Costs (ECF 25). The Court has reviewed Plaintiff's Motion and the exhibits thereto and find the amount requested to be reasonable and compensable.

    It is hereby **ORDERED and ADJUDGED** that final judgment is entered in favor of the Plaintiff, Patricia Kennedy, and against the Defendants, Cape Siesta Motel, LLC, and Fawlty Towers, Inc., for taxable fees in the amount of Seven Thousand Five Hundred and Sixty-Seven Dollars and Fifty Cents ($7,567.50) and for taxable costs in the amount of One Thousand One Hundred and Thirty Dollars ($1,130), for which sum let execution issue.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 8th day of April 2019.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*