UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PATRICIA KENNEDY,** | : |
| Plaintiff, | : |
| v. | : Case No: 0:18-cv-61811-MGC |
| **CAPE SIESTA MOTEL, LLC., and FAWLTY TOWERS, INC.,** | : |
| Defendants, | : |

**PLAINTIFF'S NOTICE PURSUANT TO FINAL JUDGMENT**

Plaintiff, Patricia Kennedy, by and through her undersigned counsel, and pursuant to this Court's Final Judgment [D.E. 20], hereby advises the Court as follows:

1. This is an action for injunctive relief and attorneys' fees litigation expenses and costs pursuant to 42 U.S.C. §12181, *et seq*. ("Americans With Disabilities Act" or "ADA"). More specifically, the Plaintiff sought to compel the Defendant to comply with the requirements of 28 C.F.R. Section 36.302(e) with respect to the websites the Defendant owns and operates and websites the Defendant utilizes as the same pertain to the property known as "Fawlty Towers Motel" which is located at 100 East Cocoa Beach Causeway, Cocoa Beach, Florida. Section 36.302(e)(1) concerns the requirements for reservation systems.

2. On January 18, 2019, this Court entered a a final judgment stating that:

Defendants are ORDERED to comply with all sections of the
Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1281, et seq.,

and the ADA Accessibility Guidelines ("ADAAG"), 28 C.F.R. Part 36. Specifically, Defendants shall revise their website to comply with 28 C.F.R. Section 36.302(e) and implement a policy to monitor and maintain the website so that it remains in compliance.

[D.E. 20, p.2, ¶ 2.

3. The Court further directed the Plaintiff to submit a report addressing the Defendants' compliance, or lack thereof, with the terms of this Court's judgment.

4. As of today's date, the Defendant's own website previously located at https://www.fawltytowersmotel.com/ has been taken down. The Defendant continues, however to utilize third party booking sites. Under 28 C.F.R. section 36,302(e), the Defendant is responsible for the content on those sites[1]. A review of those sites, specifically, Hotels.com, Tripadvisor.com, Hotwire.com, Expedia.com, and Booking.com reflects than none of the Defendant's postings on those sites comply with the requirements of Under 28 C.F.R. section 36,302(e).

/s/ *Philip Michael Cullen, III, Esq.*
**PHILIP MICHAEL CULLEN, III**
Attorney-at-Law – Chartered
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

I HEREBY CERTIFY that copies of the foregoing were furnished to the Defendants via U.S. Mail on April 17, 2019, at the addresses listed below:

FAWLTY TOWERS, INC.
c/o Paul Hodge , r/a

---

[1] "A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means, including by telephone, in-person, *or through a third party* -" (italics added).

  100 E. Cocoa Beach Causeway
  Cocoa Beach, Fl 32932

  CAPE SIESTA MOTEL, LLC,
  C/O FAWLTY TOWERS, INC., Registered Agent
100 EAST COCOA BEACH CAUSEWAY
  COCOA BEACH, FL 32931


             /s/ *Philip Michael Cullen, III, Esq.*