UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61811-Civ-COOKE/HUNT

PATRICIA KENNEDY,

    Plaintiff,

vs.

CAPE SIESTA MOTEL, LLC, *et al.*,

    Defendants.

_____/

### ORDER

    THIS MATTER is before me upon on Plaintiff Patricia Kennedy's Notice Pursuant to Final Judgment (ECF No. 28). On January 18, 2019, I entered an Order requiring Defendants to comply with all sections of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1281, *et seq.*, and the ADA Accessibility Guidelines, 28 C.F.R. Part 36 within four (4) months from my Order (ECF No. 20).

    On April 17, 2019, Plaintiff submitted a report to this Court stating that Defendants' website https://www.fawltytowersmotel.com/ has been removed (ECF No. 28). However, Defendant continues to utilize third party booking sites, which Defendants are responsible for pursuant to 28 C.F.R. section 36,302(e). Specifically, Defendants' positing on websites, including, Hotels.com, Tripadvisor.com, Hotwire.com, Expedia.com, and Booking.com do not comply with the requirements of 28 C.F.R. section 36,302(e). *Id.*

    On March 6, 2019, I issued an Order to Show Cause directing Defendants to explain why they should not be held in contempt of this Court's Order, or otherwise sanctioned. On March 8, 2019, Defendants responded that they had sold the real property, Fawlty Towers Motel, and no longer owned, leased, or operated the property and their license to operate the property expired on April 1, 2019. Defendants could not explain why third-party websites booking sites were still posting rooms at their prior business.

    Accordingly, it is **ORDERED and ADJUDGED** that Defendants have shown good cause. It is Further **ORDERED and ADJUDGED** as follows:

1. Defendants shall within thirty (30) days of this order correct and/or remove any listings

on third-party websites pertaining to Fawlty Towers Motel so as to comply with the ADA per my Order issued on January 18, 2019.

2. Plaintiff shall submit a report to this Court addressing Defendants' compliance with this Order on or before June 17, 2019.

**DONE and ORDERED** in chambers at Miami, Florida, this 17th day of May 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*